PEOPLE EX REL. ALBERT IVES v. THE CIRCUIT JUDGE FOR MUSKEGON COUNTY.

*Injunction to restrain action at law.*

Mandamus will not lie to compel a court to proceed with a trial that has been enjoined.

The sufficiency of an injunction bill cannot be reviewed in collateral proceedings.

MOTION for order to show cause why mandamus should not issue to require the circuit judge to proceed with the trial of a cause after an injunction to restrain it has been allowed.  Submitted January 7.  Denied January 8.

*F. A. Baker* for the writ.

PER CURIAM.  Mandamus will not lie to compel a circuit court to proceed to trial when a bill has been filed and injunction allowed to restrain it.  The sufficiency of the bill cannot be reviewed collaterally, whether the bill is in the same or another court.